AO 440 (Rev. 05/00) Summons in a Civil Action

15cv8105

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 3-30-2016 | 1:40 PM |
| NAME OF SERVER (PRINT) Jerry Brown | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 3525 N. CLARK CHICAGO, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. RIVER NORTH 414 LLC

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): River North 414 LLC c/o Premium Themes Inc. ON Brian Miller Manager

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-30-2016     Jerry Brown
               Date              Signature of Server

9030 LAMON
SKOKIE, IL 60077
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.