# Thomas J. Coorsh

4335 Lindenwood Ln
Northbrook, Illinois 60062
Phone: (847) 372-4832

# INVOICE

| INVOICE # | DATE |
|---|---|
| 20160820 | 8/20/2016 |

**BILL TO**
Global Cash Network, Inc.
210 W. Campus Drive, Suite C
Arlington Heights, Illinois 60004



| DESCRIPTION | AMOUNT |
|---|---|
| Receivership Services: Thomas J. Coorsh 29.69 hours @ $200.00/hour | $5,938.00 |
| Reimbursable Expenses: Quickbooks General Ledger Software | 215.55 |
| Copy Services | 59.16 |
| Binders and Tab Index Sheets | 54.49 |
| **TOTAL** | **$ 6,267.20** |

GLOBAL CASH NETWORK RECEIVERSHIP
TIME LOG

SERVICE PROVIDER: Thomas J. Coorsh

| DATE | TASK PERFORMED | MINUTES | HOURS |
|---|---|---|---|
| 6/9/2015 | Reeived call from Ed Freud to inform me of the approval of Receiver motion. Ed summarized Republic Banks position as being the sucessor lender to the FDIC on a loan of approximately $450K to Global Cash Network (GCN). Additionally about $50K in interest and/or fees is due on this note. Freud also explained that the bank held first position on a blanket security interest in the assets of GCN. He stated that even though GCN and ceased operating the bank held a security interest of Global Cash NMerchant Services which was not operating the ATM business. He suggested that, despite the two entities, GCN and GCMS were effectively the same ongoing ATM business. | 25 | 0.42 |
| 6/9/2015 | Left a voicemail for Jonathyn Cyrluk accepting his offer to set up a meeting for Lisa McGarry. I asked that he schedule a meeting for Tuesday June 14th. | 3 | 0.05 |
| 6/9/2015 | Left a voicemail for Paul Richards introducing myself and suggesting we speak to discuss issues and/or concerns he might have. | 3 | 0.05 |
| 6/10/2016 | Called Paul Richards attorney for WM Capital. I called to introduce myself, inform him about my plans to schedule a meeting with Lisa McGarry on Tuesday 6/14 and ask if he had any specific issues or concerns. Paul said that the objectives of his client were pretty much aligned with those of Republic Bank. His client purchased the note of over $1.3 million from the FDIC. He said that there was a disagreement with Republic Bank as to who was in first position as collateral was supposed to be moved from an older Edgebrook Bank loan to a newer one. This is a follow-up item for me. Paul said that he and perhaps someone from his client would like to participate in Tuesday's meeting. | 15 | 0.25 |

GLOBAL CASH NETWORK RECEIVERSHIP
TIME LOG

SERVICE PROVIDER: Thomas J. Coorsh

| DATE | TASK PERFORMED | MINUTES | HOURS |
|---|---|---|---|
| 6/10/2016 | Jonathan Cyrluk returned my call of yesterday. He spent quite a bit of time discussing his frustrations with Ed Freud and in particular Ed's email of 6/9 shich stated that the Receiver could fire McGarry and change the locks on the doors. He said that McGarry would not speak with the Receiver without her attorney present and suggested we meet after his settlement meeting with Freud on Wednesday 6/15. I indicated my preference to meet prior to that date and he agreed to set up a meeting with McGarry for 8:30 am on tuesday 6/14. He explained some of the background of Global Cash Network (GCN) and said that operations were shifted to Global Cash Network Services (GCNS) because of McGarry's divorce. He also said than much of the loan proceeds (both loans??) had funded Quay Restaurant which later went bankrupt. He said that he felt that the only hope for recovery against the loans would come from the ATM operations of GCNS. He also said the GCNS ATM machines would become obsolete in October when all ATM machines must utilize new cards with inbedded chip technology. | 35 | 0.59 |
| 6/12/2016 | Email exchange with Freud regarding objectives of 6/14 meeting with McGarry | 20 | 0.34 |
| 6/13/2016 | Telephone meeting with Republic Bank; general background regarding GCN and discuss information/records that GCN is to deliver. | 20 | 0.34 |
| 6/13/2016 | Prep for meeting with Republic Bank and memorialize meeting notes | 20 | 0.34 |
| 6/14/2016 | Meeting at Gllobal Cash with Lisa McGarry, Gerry Eberhardt, Jonathan Cyrluk and Paul Richards (via phone) | 135 | 2.25 |
| 6/15/2016 | Review 6/14 meeting notes, send email to McGarry listing deliverables phone conversation with Freud. | 30 | 0.50 |
| 6/16/2016 | Preliminary review and analysis of GCN's 2016 projection. Develop questions for a follow-up meeting with McGarry | 90 | 1.50 |

GLOBAL CASH NETWORK RECEIVERSHIP
TIME LOG

SERVICE PROVIDER: Thomas J. Coorsh

| DATE | TASK PERFORMED | MINUTES | HOURS |
|---|---|---|---|
| 6/17/2016 | Review Global Cash Networks v Worldpay suit. Prepare comments for Freud | 74 | 1.24 |
| 6/17/2016 | Review and respond to emails from Freud, Eberhardt and McGarry. | 25 | 0.42 |
| 6/22/2016 | Create Spreadsheet summary of GCN and GCMS Bank Accounts | 30 | 0.50 |
| 6/22/2016 | Load Global Cash Network and Global Cash Merchant Services Quickbooks backup files into my version of Quickbooks. Generate 2015 and 2016 financial statements for both companies. Begin reviewing financial statements to develop an understanding of each company's profitability, assets and liabilities and prepare questions for 6/23 meeting with McGarry | 60 | 1.00 |
| 6/24/2016 | Prep for meeting with McGarry. Prepare a list of questions after reviewing the Machine inventory spreadsheet, financial projection spreadsheet, and the 2015 and 2016 financial statements which I prepared from Quickbooks. | 128 | 2.14 |
| 6/24/2016 | Meet with McGarry to review and discuss EMV Inventory report, Bank Statements, projected income report and financial statements. Financial statements were very difficult to understand as there have been no/limited postings to the general ledger since January 2016 and other items were mis-classified. Need to follow-up on reconciliation of bank statements to the general ledger and take a closer review of cash payments that have not been posted. Also need to follow-up on the accounting and reconciliation of vault cash. | 255 | 4.25 |
| | Create skeleton of revenue projection model incorporating GCMS spreadsheets containing average number of transactions and average net revenues | 45 | 0.75 |

GLOBAL CASH NETWORK RECEIVERSHIP
TIME LOG

SERVICE PROVIDER: Thomas J. Coorsh

| DATE | TASK PERFORMED | MINUTES | HOURS |
|---|---|---|---|
| 6/28/2016 | Meet with McGarry to demonstrate revenue projection; discuss methodology for extending the revenue projection model to include other costs, including debt service, to develop a net income projection model; suggestions for detailing assumptions used in revenue projection, determining which machines to upgrade for EMV, financing assumptions for upgrading service only locations, develop an understanding of who owns vault cash; review on-line reports detailing vault cash, discuss not paying the debt service for Robert Stejskal's Jaguar car loan; | 120 | 2.00 |
| 722/2016 | Review Order appointing Sucessor Receiver. Read Lisa Hardagon deposition | 40 | 0.67 |
| 7/26/2016 | Travel to Republic Bank to meet with branch manager and set up Receivership Accounts. Total time 1.5 hours. Unsuccessful due to MSB (Money Service Business) open item to be resolved. Charge 30 minutes | 30 | 0.50 |
| 7/29/2016 | Meet with McGarry to review submitted documents, clarify the backup needed for credit card/mortgage documentation, review income and expense projection spreadsheets. | 180 | 3.00 |

GLOBAL CASH NETWORK RECEIVERSHIP
TIME LOG

SERVICE PROVIDER: Thomas J. Coorsh

| DATE | TASK PERFORMED | MINUTES | HOURS |
|---|---|---|---|
| 8/9/2016 | Prepare preliminary version to Successor Receiver's First Interim Report ("Report") | 120 | 2.00 |
| 8/10/2016 | Meet with McGarry and attorney Jon Curluk to review facts and conclusion of of draft report | 140 | 2.34 |
| 8/11/2016 | Travel to Republic Bank Lincolnwood to open Receivership account. Left home at 9:10 arived home at 11:00. Successful. Charge for one hour at bank. | 60 | 1.00 |
| 8/12/2016 | Prepare follow-up questions, revise draft report, telephone conversation with McGarry re: follow-up questions, transfer of Chase bank accounts and request to have the Jaguar vehicle returned. Prepare confirming email. | 75 | 1.25 |
| | TOTAL HOURS | | 29.69 |
| | TOTAL CHARGE @ $200/HOUR | | $ 5,938.00 |

## Receipt 1 (Exchange)

**Staples**
1550 West Lake Cook Road
WHEELING, IL 60090
(847) 520-0988

EXCHANGE       1800151 5 001 26232
               1689 06/23/16 12:11

QTY  SKU                      PRICE

REWARDS NUMBER 3994247074
*********** START RETURN *************
Original transaction information:
   REG: 1  TRANS: 25043
   DATE: 06/17/16  STORE: 1689

1  STPLS STAN VIEW BN
   718103198417              -5.29
1  STPLS STANVIEW BN
   718103198417              -5.29
1  STPLS STAN VIEW BN
   718103198417              -5.29
*********** END RETURN ***********
1  STPLS STAN VIEW BN
   718103198479               7.29
1  STPLS STAN VIEW BN
   718103198479               7.29
1  STPLS STAN VIEW BN
   718103198479               7.29
SUBTOTAL                      6.00
   Standard Tax 8.00%         0.48
TOTAL                        $6.48

Discover Credit            USD$6.48
Card No.: XXXXXXXXXXXX4255 [C]
Chip Read
Auth No.: 02323R
AID.: A0000001523010

TOTAL ITEMS   3

## Receipt 2 (Sale)

**Staples**
1550 West Lake Cook Road
WHEELING, IL 60090
(847) 520-0988

SALE           1793202 1 001 25043
               1689 06/17/16 03:05

QTY  SKU                      PRICE

REWARDS NUMBER 3994247074
1  READY INDEX 12 TAB
   072782110734              14.29
1  STPLS STAN VIEW BN
   718103198417               5.29
1  STPLS STAN VIEW BN
   718103198417               5.29
1  READY INDEX 12 TAB
   072782110734              14.29
1  STPLS STAN VIEW BN
   718103198417               5.29
SUBTOTAL                     44.45
   Standard Tax 8.00%         3.56
TOTAL                       $48.01

Discover                     48.01
Card No.: XXXXXXXXXXXX4255 [S]
Auth No.: 01793R

TOTAL ITEMS   5

Staples brand products